HANDAL, Appellants, Impleaded with Others.— Orders modified as indicated in order and as so modified affirmed, with ten dollars costs and disbursements to the appellants. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FOX CHASE KNITTING MILLS, INC., Respondent, v. JACOB HANDAL and BISHARA HANDAL, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WILLIAM KRISHINSKY, an Infant, etc., v. MAX RUBIN. MORRIS RUBIN v. MAX RUBIN.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

KALEEL A. TEEN v. JOSEPH A. MANDOUR.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

ANDREW J. MCCARRICK v. SOUTHERN PACIFIC COMPANY.— Motion for leave to appeal to the Court of Appeals and for a stay of all proceedings pending the final determination of the appeal denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

In the Matter of the Application of JAMES A. TILLMAN for a Substitution of Attorney in the Place of BORRIS M. KOMAR, His Attorney of Record in an Action Entitled " Supreme Court, New York County, JAMES A. TILLMAN v. NEW YORK LIFE INSURANCE COMPANY (Action No. 18)."—Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

SINCLAIR REFINING COMPANY v. HERMAN ZLOT and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

E. W. HOLMES COMPANY, INC., v. SWITZERLAND GENERAL INSURANCE COMPANY OF ZURICH.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ANGELINA IACONO, as Administratrix, etc., of SALVATOR IACONO, Deceased, v. FRANK & FRANK CONTRACTING CO., INC., and Others, Impleaded with UNITED HOISTING CO., INC.— Motion for leave to appeal to the Court of Appeals, or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Sherman and Townley, JJ.

HILDA TROSHOW v. B. ALTMAN & Co.— Motion by New York Railways Corporation, impleaded herein, for leave to reargue the appeal taken by defendant granted, and order affirmed, with ten dollars costs and disbursements, and order of this court entered October 20, 1931, vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

CHARLES A. TROSHOW v. B. ALTMAN & Co.— Motion by New York Railways Corporation, impleaded herein, for leave to reargue the appeal taken by defendant granted, and order affirmed, with ten dollars costs and disbursements, and order of this court entered October 20, 1931, vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.*